AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2015 APR -3 ☐ 3: 55
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

FILIMOELEA TASILA, husband and wife
and KALONISIA TASILA, husband and
wife,

Plaintiffs

v.

MICHAEL W. ISBELL, and EMILY G.
ISBELL,

Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number:2:12-CV-1115-CW

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of the plaintiffs, the court having found the defendants' non-judicial foreclosure is barred by the statute of limitations.

April 3, 2015

_Date_

D. Mark Jones

_Clerk of Court_

_(By) Deputy Clerk_